UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EUGENIO FERNANDEZ,

                Plaintiff,                  <u>ORDER</u>

    -against-                  13-CV-2695 (ERK)

SHELL LANES, INC., et al.,

                Defendants.
-------------------------------------------------------------x

      Having reviewed the terms of the settlement, and 29 C.F.R. § 779.381, the Court is satisfied that the settlement, with the reduction of attorney's fees to one-third and costs to $500, is fair and reasonable. The parties shall promptly file their stipulation of discontinuance.

      **SO ORDERED.**

Dated:    Brooklyn, New York
           July 30, 2013

                                             /s/ *Roanne L. Mann*
                                             **ROANNE L. MANN**
                                             **UNITED STATES MAGISTRATE JUDGE**